

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2018

No. 04-18-00359-CV

**IN RE** Jonathan David **RICE** and Diana Rice

Original Mandamus Proceeding[1]

## ORDER

On May 30, 2018, relators filed a petition for writ of mandamus, the real parties in interest responded, and relators replied. After reviewing the petition, the response, and the reply, we conclude relators are entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Laura Salinas is ORDERED to, within fifteen days from the date of this order, (1) rule on relators' Motion to Confirm Arbitration Award and (2) withdraw that portion of her May 24, 2018 Order allowing the real parties in interest to "interplead the Arbitrator's Award to the Registry of the Court of the Bexar County District Clerk." The writ will issue only if we are notified that Judge Salinas has not complied within fifteen days from the date of this order.

It is so **ORDERED** on July 18, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2018.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015CI08936, styled *Jonathan David Rice v. Lewis Energy Group, L.P., et al.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.